## Commonwealth *v.* Penn, Appellant.

Argued June 12, 1975. *Samuel A. Litzenberger,* with him *John R. Thomas,* for appellant; *Rodney D. Henry,* Solicitor, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Piazza, et al.

Argued June 13, 1975. *Murray Mackson,* First Assistant District Attorney, with him *John Deutsch,* District Attorney, for Commonwealth, appellant; *Kenneth R. Bayless, Thomas S. McCready,* and *Laputka, Bayless, Ecker & Cohn,* submitted a brief for appellee.

Order affirmed.